**FILED**

DEC 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE ARREST WARRANT          :     MAG. NO. 07-648-M-01
                              :
                              :     **UNDER SEAL**

**ORDER**

Upon consideration of the government's motion for leave to file the Affidavit in Support of Arrest Warrant and accompanying paperwork in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Arrest Warrant, the accompanying paperwork, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this ___17ᵗʰ___ day of December, 2007.

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve:  Timothy G. Lynch
        Geoffrey L.J. Carter
        Assistant United States Attorneys
        Fraud & Public Corruption Section
        555 4th Street NW, Fifth Floor
        Washington, D.C.  20530
        Fax: (202) 307-2304
        e-mail: timothy.lynch2@usdoj.gov
                geoffrey.carter2@usdoj.gov