AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ALETHIA O. GROOMS, aka ALETHIA MACK,
aka ALETHIA COVINGTON, aka ALETHIA SLOAN

**WARRANT FOR ARREST**

FILED
DEC 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-648-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>ALETHIA O. GROOMS, aka ALETHIA MACK, aka ALETHIA COVINGTON, aka ALETHIA SLOAN</u> and bring her forthwith to the nearest magistrate to answer a

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

mail fraud, conspiracy to commit mail fraud, interstate transportation of stolen property, laundering of monetary instruments, conspiracy to launder monetary instruments, engaging in monetary transactions in property derived from specified unlawful activity, conspiracy to engage in monetary transactions in property derived from specified unlawful activity, bank fraud, conspiracy to commit bank fraud, and conspiracy in violation of Title <u>18</u> United States Code, Sections <u>1341, 1349, 2314, 1956, 1956(h), 1957, 1344, 371</u>.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_/s/ J.M. Facciola_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

DEC 17 2007    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _D/DC_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/18/07 | T.P. Dolly RUSM | _signature_ |
| DATE OF ARREST | | |
| 12/18/07 | | |