IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Criminal No 08-cr-00222 EGS |
| v. | : | |
| | : | |
| ALETHIA GROOMS | : | |

## MOTION TO CONTINUE PLEA HEARING

Now comes the defendant, Alethia Grooms, by and through undersigned counsel, move for an Order rescheduling the plea hearing now scheduled for July 30, 2008, in the instant case for good cause:

1. Counsel completed a long-jury trial in Baltimore in US District Court on July 28, 2008, with the case being submitted to the jury for deliberation on July 28, 2008;

2. Counsel believed he would be available for the plea hearing in the instant case because counsel only needs to be available by telephone for the Court in Baltimore until the jury returns a verdict;

3. At approximately 5pm on Tuesday, July 29, 2008, counsel received an electronic message from the court advising of the need for his presence in Baltimore for a jury "issue" at 9:30 am on July

30, 2008, thereby preventing counsel presence in the instant matter.

Thus, the defense is requesting that the plea hearing set for July 30, 2008, at 10:00 am be continued.

Respectfully submitted,

*[signature]*

Kevin McCants
Bar # 493979
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.742.6540 (telephone)
202.330.5155 (fax)

## Certificate of Service

Under penalty of perjury, I attest that a true and correct copy of the attached motion to continue was sent electronically to the assigned AUSA Timothy Lynch on this 29th day of July, 2008.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :Criminal No 08-cr-00222 EGS
        v.                      :
                                :
ALETHIA GROOMS                  :

### ORDER

Based upon representations from the defense, the plea hearing scheduled for July 30, 2008, is CONTINUED until _____, 2008. SO ORDERED.

_____                          _____
DATE                                    EMMETT G. SULLIVAN
                                        DISTRICT COURT JUDGE