UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,

VS.

ALETHIA OLIVA GROOMS
      Defendant

CR. NO. 08-222

FILED

AUG 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **ALETHIA OLIVIA GROOMS** the above named defendant, who is accused of **POSSESSION OF STOLEN PROPERTY, et al** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
DEFENSE COUNSEL

BEFORE _____
JUDICIAL OFFICER

AO 455 (Rev.5/85) Waiver of Indictment